IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* <br><br> METINVEST B.V.,[1] <br><br> Debtor in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 17-_____ (___) |

**DECLARATION OF DANIEL J. GUYDER IN SUPPORT OF VERIFIED PETITION FOR RECOGNITION OF FOREIGN PROCEEDING AND RELATED RELIEF**

DANIEL J. GUYDER, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

I am a member of the firm of Allen & Overy LLP, counsel to Svitlana Romanova, the duly appointed foreign representative (the "**Foreign Representative**") of Metinvest B.V., a private limited liability company incorporated under the laws of the Netherlands, in connection with a proceeding concerning a scheme of arrangement under part 26 of the English Companies Act 2006 currently pending before the High Court of Justice of England and Wales (the "**High Court**"). I respectfully submit this declaration in support of the Foreign Representative's *Verified Petition for Recognition of Foreign Proceeding and Related Relief* and accompanying *Memorandum of Law*.

    1.    Attached is a true and correct copy of each of the following documents:

        A.    Practice Statement Letter dated December 23, 2016.

        B.    *Convening Order* of the High Court dated January 17, 2017.

        C.    Scheme of Arrangement between Metinvest B.V. and the Notes Scheme Creditors and the PXF Scheme Creditors (the "**Scheme**").

        D.    Expert Report of Professor Stephen J. Lubben.

        E.    Metinvest Organizational Chart dated November 30, 2016.

---

[1] The last four digits of the Metinvest B.V. United States Tax Identification Number are 3839. The address of the registered office of Metinvest B.V. is Nassaulaan 2A, 2514 JS, 'S-Gravenhage, The Netherlands.

01:21439289.1

    F. Explanatory Statement in Relation to the Scheme dated January 17, 2017.

2. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 17, 2017
   New York, New York

                   */s/ Daniel J. Guyder*
                   Daniel J. Guyder